ACCT 57881564 FOSTER - pmt hist

| Date | Post Date | Code | Description | Amount | Balance |
|---|---|---|---|---:|---:|
| 06/29/19 | 07/01/19 | 7001 | LOAN FUNDING | 24,309.71 | 27,684.71 |
| 08/17/19 | 08/19/19 | 8080 | REGULAR PAYMENT | 473.22 | 27,471.27 |
| 10/08/19 | 10/08/19 | 8080 | REGULAR PAYMENT | 946.44 | 26,798.40 |
| 11/26/19 | 11/26/19 | 8080 | REGULAR PAYMENT | 946.44 | 26,103.43 |
| 12/31/19 | 12/31/19 | 8080 | REGULAR PAYMENT | 473.22 | 25,805.18 |
| 01/16/20 | 01/16/20 | 8080 | REGULAR PAYMENT | 473.22 | 25,410.81 |
| 04/24/20 | 04/24/20 | 8080 | REGULAR PAYMENT | 1,419.66 | 24,471.60 |
| 07/30/20 | 07/30/20 | 8080 | REGULAR PAYMENT | 946.44 | 23,978.51 |
| 09/22/20 | 09/22/20 | 8080 | REGULAR PAYMENT | 946.44 | 23,279.36 |
| 10/27/20 | 10/27/20 | 8080 | REGULAR PAYMENT | 473.22 | 22,961.75 |
| 11/10/20 | 11/10/20 | 8080 | REGULAR PAYMENT | 473.22 | 22,549.93 |
| 01/14/21 | 01/14/21 | 8080 | REGULAR PAYMENT | 946.44 | 21,883.59 |
| 03/31/21 | 03/31/21 | 8080 | REGULAR PAYMENT | 1,419.66 | 20,782.43 |
| 07/02/21 | 07/02/21 | 8080 | REGULAR PAYMENT | 1,419.66 | 19,732.91 |