Entered: November 9th, 2021
Signed: November 8th, 2021

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| BOBBIE ANN FOSTER | * | CASE NO.: 19-2-0733-DER |
| Debtor | * | (Chapter 13) |
| * * * * * * * | * | |
| FORD MOTOR CREDIT COMPANY LLC | * | |
| Movant | * | |
| v. | * | |
| BOBBIE ANN FOSTER | * | |
| Respondent | * | |

* * * * * * * * * * * * * *

### ORDER TERMINATING AUTOMATIC STAY

Upon consideration of the Motion Seeking Relief from Automatic Stay and to Reclaim Property filed by the Movant, FORD MOTOR CREDIT COMPANY LLC; and no opposition thereto having been filed by the Respondent, Bobbie Ann Foster; it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the automatic stay be, and it hereby is, terminated to allow Movant to exercise and enforce its state law and contractual rights and remedies with regard to

the vehicle subject to its purchase money security interest, namely, one 2019 Ford Explorer, serial number 1FM5K8B82KGA18636; and it is further

ORDERED, that upon recovery of said vehicle by Movant, it shall dispose of the same in a commercially reasonable manner and shall pay any surplus sale proceeds to the Respondent.

cc:  Michael J. Klima, Jr.
8028 Ritchie Hwy Ste. 300
Pasadena, MD 21122

Bobbie Ann Foster
1311 Birch Ave
Halethorpe, MD 21227

Jeffrey P. Nesson, Esq.
44 Westminster Pike
Reisterstown, MD 21136

Gerard R. Vetter
Chapter 13 Trustee
300 E. Joppa Road, Suite 409
Towson, MD 21286

21-44984-0

**End of Order**